# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **CV 25-6378-JPR**                                              Date: **September 9, 2025**
Title:  **Tanwya Rodriguez v. LifeMD, Inc.**

========================================================================

**DOCKET ENTRY: Order to Show Cause Why This Case Should Not Be Dismissed for Failure to Prosecute**

========================================================================

PRESENT:

**HON. JEAN P. ROSENBLUTH, U.S. MAGISTRATE JUDGE**

| Bea Martinez | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:           ATTORNEYS PRESENT FOR DEFENDANTS:
                 None present                                              None present

**PROCEEDINGS: (IN CHAMBERS)**

Plaintiff filed this lawsuit alleging violation of the Federal Wiretap Act and related state-law claims on July 12, 2025.  On August 6, the parties stipulated under Local Rule 8-3 to extend the time for Defendant to respond to the Complaint, to September 5.  That day has come and gone with no further filings by either party.

No later than 14 days from the date of this order, Plaintiff must show cause in writing why this lawsuit should not be dismissed for failure to prosecute.  If either party files something to move the lawsuit along, the OSC will automatically be discharged.  If Plaintiff does not timely respond in some way to this OSC and Defendant does not within those 14 days respond to the Complaint, this lawsuit will be dismissed without prejudice.

MINUTES FORM 11                                                           Initials of Deputy Clerk: bm
CIVIL-GEN