PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANWYA RODRIGUEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>LIFEMD, INC., a Delaware corporation, d/b/a WWW.LIFEMD.COM,<br><br>          Defendants. | Case No. 2:25-cv-06378-JPR<br>Assigned to Honorable Jean P. Rosenbluth<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Complaint Filed: July 12, 2025 |

TO THE COURT, CLERK AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Tanwya Rodriguez ("Plaintiff") respectfully requests dismissal with prejudice of the instant action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Defendant has not filed or served an answer to Plaintiff's Complaint, nor filed a motion for summary judgment.

Dated:  September 23, 2025                    PACIFIC TRIAL ATTORNEYS


By: */s/ Scott J. Ferrell*
Scott J. Ferrell
Attorney for Plaintiff

1

## CERTIFICATE OF SERVICE

2      I hereby certify that on September 23, 2025, I electronically filed the foregoing

3   **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO**

4   **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** with the Clerk of the Court

5   using the CM/ECF system which will send notification of such filing via electronic mail to

6   all counsel of record.

7

8                                    */s/ Scott J. Ferrell Esq.*
                                       Scott J. Ferrell, Esq.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE                                              Case No: 2:25-cv-06378-JPR